UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



JOHN RATCLIFF (#391453)

VERSUS

ASST. WARDEN RAYBURIN TEER, ET AL

CIVIL ACTION

NO. 07-888-RET-CN

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated January 10, 2008. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's action will be dismissed as legally frivolous within the meaning of 28 U.S.C. § 1915(e).

Baton Rouge, Louisiana, February 7, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA